ACCEPTED
14-15-00401-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/19/2015 12:20:49 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00401-CV

IN THE COURT OF APPEALS
FOR THE FIRST OR FOURTEENTH DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/19/2015 12:20:49 PM
CHRISTOPHER A. PRINE
Clerk

IN RE JOSE GOMEZ AND EDUARDO GOMEZ, INDIVIDUALLY AND AS FORMER REPRESENTATIVES OF MCCARTY TRUCK WASH & LUBE, INC., GOMEZ MCCARTY TRUCK WASH & LUBE, INC. F/K/A MCCARTY TRUCK WASH & LUBE, INC. AND BROTHERS TIRE SERVICES, INC. D/B/A MCCARTY TRUCK WASH, LUBE AND TIRES

ORIGINAL PROCEEDING IN THE 215TH DISTRICT COURT OF HARRIS COUNTY, TEXAS
CAUSE NO. 2010-56104
THE HONORABLE JUDGE ELAINE H. PALMER, PRESIDING

RELATORS' MOTION TO DISMISS

Steve M. Williard
Texas Bar No. 00788684
The Williard Law Firm, L.P.
1920 N. Memorial Way, Suite 207
Houston, Texas 77007
Phone: (713) 529-6300
Fax:    (713) 529-6315
E-mail: steve@williardlaw.com
**ATTORNEY FOR RELATORS, JOSE GOMEZ AND EDUARDO GOMEZ, INDIVIDUALLY AND AS FORMER REPRESENTATIVES OF MCCARTY TRUCK WASH & LUBE, INC., GOMEZ MCCARTY TRUCK WASH & LUBE, INC. F/K/A MCCARTY TRUCK WASH & LUBE, INC. AND BROTHERS TIRE SERVICES, INC. D/B/A MCCARTY TRUCK WASH, LUBE AND TIRES**

TO THE HONORABLE JUDGE OF SAID COURT.

COMES NOW, JOSE GOMEZ AND EDUARDO GOMEZ, INDIVIDUALLY AND AS FORMER REPRESENTATIVES OF MCCARTY TRUCK WASH & LUBE, INC., GOMEZ MCCARTY TRUCK WASH & LUBE, INC. F/K/A MCCARTY TRUCK WASH & LUBE, INC. AND BROTHERS TIRE SERVICES, INC. D/B/A MCCARTY TRUCK WASH, LUBE AND TIRES (collectively "Relators") and files this their Motion to Dismiss Against MANUEL D. PINEDA, SUCCESSOR TO MCCARTY TRUCK WASH & LUBE, INC. ("Pineda"), MCCARTY TRUCK WASH & LUBE, L.L.C. ("McCarty") and JUAN MUNOZ ("Munoz") (Pineda, McCarty and Munoz collectively "Real Parties In Interest") in connection with the above referenced appeal, and in support thereof, respectfully shows the Court as follows:

## I.
## FACTUAL BACKGROUND

1. This appeal was filed on or about May 4, 2015. Relators' have settled their claims against Real Parties In Interest in their entirety (see Agreed Judgment and Permanent Injunction attached hereto as Exhibit "A" and incorporated herein by reference). Relators' now desire to dismiss their Motion for Emergency Stay and Petition for Writ of Mandamus.

1

## II.

## REQUEST FOR DISMISSAL

2.     Relators' request that the Court dismiss the Motion for Emergency Stay and Petition for Writ of Mandamus filed by Relators' in this appeal.

## III.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Relators,  JOSE GOMEZ AND EDUARDO GOMEZ, INDIVIDUALLY AND AS FORMER REPRESENTATIVES OF MCCARTY TRUCK WASH & LUBE, INC., GOMEZ MCCARTY TRUCK WASH & LUBE, INC. F/K/A MCCARTY TRUCK WASH & LUBE, INC. AND BROTHERS TIRE SERVICES, INC. D/B/A MCCARTY TRUCK WASH, LUBE AND TIRES respectfully pray that the Court grant their Motion to Dismiss their Motion for Emergency Stay and Petition for Writ of Mandamus .

Respectfully submitted,

/s/ Steve M. Williard
Steve M. Williard
Texas Bar No. 00788684
The Williard Law Firm, L.P.
1920 N. Memorial Way, Suite 207
Houston, Texas 77007
Phone: (713) 529-6300
Fax:     (713) 529-6315
E-mail: steve@williardlaw.com

2

**ATTORNEY FOR RELATORS, JOSE GOMEZ AND EDUARDO GOMEZ, INDIVIDUALLY AND AS FORMER REPRESENTATIVES OF MCCARTY TRUCK WASH & LUBE, INC., GOMEZ MCCARTY TRUCK WASH & LUBE, INC. F/K/A MCCARTY TRUCK WASH & LUBE, INC. AND BROTHERS TIRE SERVICES, INC. D/B/A MCCARTY TRUCK WASH, LUBE AND TIRES**

3

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on all parties and/or counsel as required by the Texas Rules of Appellate Procedure by electronic filing service, U.S. mail, fax, and/or personal delivery on May 19, 2015 as follows:

***Via Electronic Filing Service***
Ms. Elizabeth Burkhardt
Saenz & Burkhardt, P.L.L.C.
5503 Lawndale
Houston, Texas 77023
Phone: (832) 922-2919
Fax:    (713) 468-5932
E-mail: Elizabeth@SaenzBurkhardt.com
*Attorney for Real Parties In Interest: Manuel D. Pineda, Successor to McCarty Truck Wash and Lube, Inc., McCarty Truck Wash & Lube, L.L.C. and Juan Munoz*

***Via Certified Mail/RRR #70143490000010100402***
The Honorable Judge Elaine H. Palmer
215th Harris County District Court
201 Caroline, Floor 13
Houston, Texas 77002
Phone: (713) 368-6330
*Respondent*

/s/ Steve M. Williard
Steve M. Williard